UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff )<br><br>vs. )<br><br>Jose Antonio Torres-Lopez )<br><br>Defendant(s) ) | CRIMINAL NO. ___08MJ8064___<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 881 723 |

On order of the United States District/Magistrate Judge,    **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:    (Bond Posted / Case Disposed /(Order of Court).)

Blanca Montero-Plancarte
@ ICJ, 881 723.

DATED: 02/07/08

**PETER C. LEWIS**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
                    DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
                    Deputy Clerk